UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Nicole K. Llewellyn**,

Plaintiffs,

-against-

**United States of America**,

Defendant.

26-CV-5824(NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

The Court directs the Clerk of Court to issue a summons as to Defendant. Plaintiff is directed to serve the summons and complaint on Defendant (s) within 120 days of the issuance of the summons. If within those 120 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Dated: July 14, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge